**E-FILED on** 6/7/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOW SERVICE, INC., | No. C-04-04165 RMW |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO DISMISS |
| v. | |
| CITY OF SAN JOSE, et al. | **[Re Docket No. 27]** |
| Defendants. | |

This matter is scheduled for (1) a hearing on defendants' motion to dismiss and (2) a case management conference on June 10, 2005. Plaintiffs' opposition to defendants' motion was due on May 20, 2005. Because plaintiffs' counsel recently withdrew, the court grants plaintiffs' motion for an extension of time to respond to defendants' motion to dismiss. Plaintiffs must file an opposition no later than 5:00 p.m. on Monday, June 20, 2005. The court advises plaintiffs that it will likely grant defendants' motion as unopposed unless they file an opposition by that date.

Defendants' reply brief is due no later than 5:00 p.m. on Monday, June 27, 2005. However, the court anticipates that it shall be willing to give defendants additional time to file a reply if they so require. The court reschedules the hearing on defendants' motion for 9:00 a.m. on Friday, July 8, 2005. The case management conference will occur at 10:30 that same day.

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO DISMISS
C-04-04165 RMW
DOH

1
2
3   DATED:       6/1/05                                    /s/ Ronald M. Whyte
                                                  RONALD M. WHYTE
4                                                 United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO DISMISS
C-04-04165 RMW
DOH                                    2

**Notice of this document has been sent to:**

**Counsel for Plaintiff(s):**

Alfred Hills
P.O. Box 943
Berkeley, CA 94701
PRO SE

Loretta Augustine
403 Sobrato Drive
Campbell, CA 95008
PRO SE

**Counsel for Defendant(s):**

Clifford S. Greenberg
City of San Jose, City Attorney's O
151 W. Mission Street
San Jose, CA 95110

**Dated:**       6/7/05                              DOH
                                          **Chambers of Judge Whyte**

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO DISMISS
C-04-04165 RMW
DOH                                               3